IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK WEITZEL,<br>    Petitioner,<br><br>v.<br><br>SUPERINTENDENT BRIAN THOMPSON, et al.,<br>    Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br>NO. 14-5254 |

ORDER

AND NOW, this 22nd day of July 2015, upon careful and independent review of Petitioner Mark Weitzel's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus (Doc. No. 1), upon consideration of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (Doc. No. 13), and upon noting that no objections to the Report and Recommendation have been filed, despite an extension of time for Petitioner to do so (see Doc. No. 17), it is hereby ORDERED that:

    1.    The Report and Recommendation (Doc. No. 13) is APPROVED and ADOPTED.

    2.    Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without an evidentiary hearing.

    3.    No certificate of appealability shall issue.

    4.    The Clerk of Court shall mark this matter CLOSED for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.